BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HERNANDEZ-ABARCA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-09-01057-JF |
| ) | |
| Plaintiff,  ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| vs.  ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| WILFREDO HERNANDEZ-ABARCA,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

**STIPULATION**

Defendant Hernandez-Abarca, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Steven Seitz, hereby stipulate that, with the Court's approval, the court date currently scheduled for Wednesday, December 16, 2009, shall be continued to Wednesday, January 6, 2010, at 9:00 a.m.

The purpose of the continuance is to permit defense counsel time to obtain and review Mr. Hernandez-Abarca's A-file.

The parties agree that the time between December 16, 2009, and January 6, 2010 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: December 2, 2009

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: December 2, 2009

_____/s/_____
STEVEN SEITZ
Assistant United States Attorney

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for December 16, 2009, shall be continued to Wednesday, January 6, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between December 16, 2009, and January 6, 2010, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between December 16, 2009, and January 6, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between December 16, 2009, and January 6, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 12/4/09

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge