1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ-ABARCA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )     No. CR-09-01057-JF
                                    )
            Plaintiff,               )     STIPULATION AND [PROPOSED]
                                    )     ORDER CONTINUING HEARING DATE
vs.                                 )     AND EXCLUDING TIME UNDER THE
                                    )     SPEEDY TRIAL ACT
WILFREDO HERNANDEZ-ABARCA,          )
                                    )
            Defendant.               )
_____)

**STIPULATION**

Defendant Hernandez-Abarca, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Steven Seitz, hereby stipulate that, with the Court's approval, the court date currently scheduled for Thursday, February 25, 2010, shall be continued to Thursday, March 4, 2010, at 9:00 a.m.

The purpose of the continuance is to permit government counsel time to consider a recent defense submission in support of a fast-track resolution of this matter and defense counsel's effective preparation.  Additionally, both defense and government counsel will be in trial in *United States v. Armando Gutierrez,* CR 09-00929-JW beginning February 23, 2009.

The parties agree that the time between February 25, 2010, and March 4, 2010 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

preparation by defense counsel.

IT IS SO STIPULATED.

Dated: February 23, 2010

                                                                                                     /s/_____
                                            VARELL L. FULLER
                                            Assistant Federal Public Defender

Dated: February 23, 2010

                                                                                                     /s/_____
                                            STEVEN SEITZ
                                            Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 25, 2010, shall be continued to Thursday, March 4, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between February 25, 2010, and March 4, 2010, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between February 25, 2010, and March 4, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 25, 2010, and March 4, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 2/24/10

                                          THE HONORABLE JEREMY FOGEL
                                          United States District Court Judge